**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC., | ) |
| Plaintiff, | ) |
| | ) Case No.: 1:17-cv-00253 |
| | ) Honorable Amy J. St. Eve |
| v. | ) |
| | ) |
| PAPER SOURCE, INC. | ) |
| | ) |
| Defendants. | ) |

## JOINT MOTION TO DISMISS PURSUANT TO RULE 41

COMES NOW the parties, by and through their counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby move to dismiss all claims with prejudice. The parties have agreed that each party will bear its own fees and costs.

Dated: April 27, 2017

Respectfully Submitted,

_/s/ Jean G. Vidal-Font_ (with permission)
Eugenio J. Torres-Oyola
Ferraiuoli LLC
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: etorres@ferraiuoli.com

Jean Vidal-Font
Ferraiuoli LLC
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: jvidal@ferraiuoli.com

/s/ _Jonathan G. Musch_
Michael A. Parks (#6217230)
Jonathan G. Musch (#6282011)
mparks@thompsoncoburn.com
jmusch@thompsoncoburn.com
THOMPSON COBURN LLP
55 E. Monroe St.
Chicago, IL 60603
(312) 346-7500
(312) 580-2201 (fax)

Attorneys for Defendant Paper Source, Inc.

6548329.2

Frank John Andreou
Andreou & Casson, Ltd.
661 West Lake Street, Suite 2 North
Chicago, Illinois 60661
Telephone: (312) 935-2000
fandreou@andreou-casson.com

Brittni Wynser King
Andreou & Casson, Ltd.
661 West Lake Street
Suite 2n
Chicago, IL 60661
(312) 935-2000
bking@andreou-casson.com

*Attorneys For Plaintiff Symbology Innovations LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 27, 2017, a true and correct copy of the above document was filed with the Clerk of Court via the Court's ECF System, and served on all counsel of record.

/s/Jonathan G. Musch

6548329.2