# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Symbology Innovations LLC

                        Plaintiff,

v.                                            Case No.: 1:17–cv–00253

                                                    Honorable Amy J. St. Eve

Paper Source, Inc.,

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 27, 2017:

      MINUTE entry before the Honorable Amy J. St. Eve: Joint motion to dismiss [18] is granted. All claims are hereby dismissed with prejudice with each party to bear its own fees and costs. All pending dates and deadlines are stricken. Civil case terminated. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.